IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02026-BNB

BRIAN PATRICK STREET,

    Plaintiff,

v.

ROBERT SIMON, Inmate,
BROWN, S.I.S. Lieutenant,
LAWSON, Officer,
MR. TIXON, Counselor,
MR. WALDO, Case Manager,
BLAKE DAVIS, F.C.I.,
MIKE NALLEY, Regional Director, and
HARLEY LAPPIN, F.B.O.P. Director,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 9 2010

GREGORY C. LANGHAM
CLERK

## ORDER TO CURE DEFICIENCY

Plaintiff, Brian Patrick Street, is a prisoner in the custody of the United States Bureau of Prisons at the Federal Correctional Institution in Littleton, Colorado. Mr. Street initiated this action by filing *pro se* in the United States District Court for the Northern District of Florida a Civil Rights Complaint under 42 U.S.C. § 1983. In an order filed on August 23, 2010, the Northern District of Florida, Panama City Division, transferred the action to this court.

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that Mr. Street's Complaint is deficient because it is not filed on the proper form approved for use by prisoners in this court. Mr. Street is further advised that the names of the Defendants listed in the caption must match the names of the Defendants

listed in the body of the Complaint. Mr. Street will be directed to cure the deficiency if he wishes to pursue his claims in this court in this action. Accordingly, it is

ORDERED that Mr. Street cure the deficiency identified in this order **within thirty (30) days from the date of this order.** It is

FURTHER ORDERED that the clerk of the court mail to Mr. Street, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that if Mr. Street fails to cure the deficiency identified in this order within the time allowed, the action will be dismissed without further notice.

DATED September 9, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02026-BNB

Brian P. Street
Reg No. 07527-030
Federal Corr. Institution
P.O. Box 7007
Marianna, Florida 32447

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 9/9/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk