IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 3 0 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02026-MSK-MJW

BRIAN PARTICK STREET,

    Plaintiff,

v.

ROBERT SIMON, Inmate,
BROWN, S.I.S. Lieutenant, and
LAWSON, Officer,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

**FURTHER ORDERED** that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

DATED this 29th day of December, 2010.

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02026-MSK-MJW

Brian P. Street
Reg. No. 07527-030
FCI - Marianna
P.O. Box 7007 Navajo-A
Marianna, FL 32447

US Marshal Service
Service Clerk
Service forms for: Robert Simon, Inmate, S.I.S. Lieutenant Brown, and Officer Lawson.

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms service forms for process on:Robert Simon, Inmate, S.I.S. Lieutenant, and Officer Lawson; The United States Attorney General; to the United States Attorney's Office: AMENDED COMPLAINT FILED 11/22/10, ORDER TO DISMISS and DRAW FILED 12/17/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on  12/30/10 .

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk