IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02026-MSK-MJW

BRIAN PATRICK STREET,

Plaintiff,

v.

ROBERT SIMON,
BROWN, and
LAWSON,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion to Amend-Rule 15-FRCP, contained in Docket No. 34, is denied without prejudice.  Plaintiff has not provided the court with a proposed amended complaint that contains the proposed amendments and the claims currently pending.  The court will not extrapolate plaintiff's proposed claim(s) from his motion.

It is further ORDERED that the plaintiff's Motion to Strike-Untimely Filing, also contained in Docket No. 34, is denied.  Defendants' motion to dismiss (Docket No. 33) was not filed untimely as asserted by plaintiff.  (See Docket No. 29).

Date: May 3, 2011